No. 122. CHICOT COUNTY DRAINAGE DISTRICT *v.* BAXTER STATE BANK ET AL. October 9, 1939. Petition for

writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. Grover T. Owens, S. Lasker Ehrman,* and *E. L. McHaney, Jr.* for petitioner. *Mr. G. W. Hendricks* for respondents.